IN **THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.  Case No.   3:08cr39/MCR
              3:09cv566/MCR/CJK

CHRISTOPHER MICHAEL HUTCHINS

_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 21, 2012. (Doc. 153). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 135) pursuant to 28 U.S.C. § 2255 is DENIED.

**DONE AND ORDERED** this 20th day of September, 2012.

 s/ *M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**